# ELECTRONIC RECORD

COA # 02-14-00472-CR     OFFENSE: 22.02

STYLE: Jermaine Eugene Whatley v. The State of Texas     COUNTY: Tarrant

COA DISPOSITION: AFFIRM     TRIAL COURT: 432nd District Court

DATE: 05/28/2015     Publish: NO     TC CASE #: 1359834D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jermaine Eugene Whatley v. The State of Texas     CCA #: 884-15

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: 10/07/2015

JUDGE: _Per Curiam_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**